IN AND FOR THE DISTRICT COURT OF KAY COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| THE STATE OF OKLAHOMA, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| -vs- | )   Case No.   CR-23-199-SLP |
| | ) |
| LE XU, | ) |
|        Defendant. | ) |

## DEFENDANT'S SENTENCING MEMORANDUM

Comes now the Defendant, Le Xu, by and through counsel, Irven R. Box, and offers the following Sentencing Memorandum to assist the Court. Defendant is a Chinese Citizen who has resided in the United States for several years. Mr. Xu has advised that he has taken stances against the Chinese Government several times on social media and believes that his life would be in jeopardy should he be sent back to China. Defendant in regard to this case came to Oklahoma from California to work on a grow farm. Defendant from the evidence it appears the Defendant was not a high-level participant in the grow operation but was a worker. Defendant appears to have no criminal record and with the exception of the present case.

WHEREFORE, premises considered, Defendant, requests a sentence below the statutory guidelines.

1

Respectfully submitted,

BOX & BOX, ATTORNYS


S/ Irven R. Box
**IRVEN R. BOX        (OBA #1016)**
BOX & BOX, ATTORNEYS AT LAW
2621 South Western
Oklahoma City, OK 73109
(405) 632-7778
(405) 632-8828 (fax)
boxlaw@att.net


CERTIFICATE OF MAILING

This is to certify that on the 26th day of March, 2024, a true and correct copy of the above and foregoing was mailed, with postage prepaid thereon, to:

Wilson McGarry
Assistant U.S. Attorney
210 W. Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102


S/ Irven R. Box
**IRVEN R. BOX        (OBA #1016)**